# UNITED STATES
## v.
# DAVID ROBISON

### 1808

#### JOURNAL ENTRIES

1. Postponement . . . . . . . . . . . *Journal, infra,* *p. 135
2. Appearance; plea; jurors; verdict . . . . . . . " 142

#### PAPERS IN FILE

1. Recognizance . . . . . . . . . . . *Printed in Vol. 2*
2. Indictment . . . . . . . . . . . . "
3. Capias and return . . . . . . . . . "

# UNITED STATES
## v.
# DAVID ROBISON

### 1808

#### JOURNAL ENTRIES

1. Postponement . . . . . . . . . *Journal, infra,* *p. 135
2. Rule for recognizance . . . . . . . . . . " 148
3. Nolle prosequi . . . . . . . . . . . " 158